*Copies served*
*8/10/06*
*TJM*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

AMANDA (REDD) SLAY

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:06-CR-100 (GHL)

Keith Coughlin, Esq. (retained)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count   2

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving while intoxicated, in violation of Title 18, United States Code, Sections 7 and 13, assimilating Section 1192.3 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** January 27, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $400.00 and a $25.00 special assessment. The total of fines and assessment amount to $425.00, payable no later than thirty (30) days from the date of sentencing. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Defendant is also to complete a drinking and driving prevention program as directed by the Office of the Staff Judge Advocate at Fort Drum, NY.

The Clerk will notify the Ohio Department of Motor Vehicles of this conviction. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the Special Assistant United States Attorney for this district at Fort Drum, NY (315-772-3299) of any change in name or address.

**IT IS FURTHER ORDERED** that **Count** 1 is dismissed on motion of the United States.

August 9, 2006
Date of Imposition of Sentence

August 10, 2006
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge